Filed on 1/13/2015 2:14:33 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 2:17:29 PM
CHRISTOPHER A. PRINE
Clerk

January 13, 2015

1ˢᵗ Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1056192
Trial Court Number: One (1)

**Style:**

| KRISTAN SMITH | VS. | WOODLEN GLEN APTS |
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** DEBRA IBARRA MAYFIELD

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
| Kristian Smith, Pro Se | Ernie Garcia, #24072106 |
| 8405 Broadway #166 | 616 FM 1960 West, Suite 105 |
| Houston, Texas 77061 | Houston, Texas 77090 |
| Phone: (832) 974-7529 | Phone: (832) 305-7694 |
| Fax: N/A | Fax (832) 553-2984 |
| E-Mail: N/A | E-Mail: N/A |

Kristan Smith, appellant, filed a Notice of Appeal on January 13, 2015 from the Final Judgment that was signed on January 5, 2015.

The Clerk's Record is due to your office on or before March 6, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

CASE NO. EV 1056192

## C.C.C.L. #1
COURT NO. _____

PLAINTIFF: Woodlen Colen Apts _____

VS.

DEFENDANT: Kristan Smith _____

~~ANSWER~~ NOTICE OF APPEAL

See Attached

FILED
2015 JAN 13 PM 12:37
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

DATE: 1/13/2015

SIGNATURE: Kristan Smith - Williams

PRINT NAME: Kristan Smith-Williams

ADDRESS: 8405 Broadway #146    Houston    TX 77061
(STREET)        (STATE)    (CITY) (ZIP)

PHONE: 832) 974-7524

Form No. H-01-60 (Rev. 01/01/2011)

2

To Whom This May Concern   1/13/2015

I Krystay Smith-Williams
are appealing the decision
for deed 1056192

Krystn Snell-Will

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was
found to be inadequate for the best photographic
reproduction because of illegibility, carbon or
photo copy, discolored paper, etc. All blockouts,
additions and changes were present at the time
the instrument was filed and recorded.



# "CLOSED"

NO. <u>1056192</u>

| | | |
|---|---|---|
| WOODLEN GLEN APARTMENTS | § | IN THE COUNTY CIVIL COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| KRISTAN SMITH | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

**_Agreed_ FINAL JUDGMENT**

On _January 5, 2015_ the court called this case for trial.

Plaintiff, Woodlen Glen Apartments, appeared through its attorney of record, and Defendant, Kristan Smith, appeared, and both parties announced ready for trial.

The Court determined that it had jurisdiction over the parties and subject matter of this case.

The parties waived their rights to a trial by jury and submitted all matters in controversy, both factual and legal, to the Court.

The Court has considered the pleadings and records on file in this cause and the evidence and is of the opinion that judgment should be rendered for Plaintiff.

It is accordingly **ORDERED** that ~~Broadway Casa Apts.~~ _Woodlen Glen Apartments_, Plaintiff, recover from Kristan Smith, Defendant, judgment for-

1. Possession of the premises commonly known as 8405 Broadway # 166, Houston, Texas 77061;

2. $ _4,000.00_ as the principal amount due in back rent;

3. $500.00 as attorney's fees;

4. Court costs in the amount of $111.00; &

1

5. Interest at the rate of 5.00%, compounded annually from the date of this judgment, until paid.

IT IS FURTHER ORDERED that a writ of possession may issue on or after January 13, 2015.

IT IS FURTHER ORDERED that the judgment of this court may not be stayed unless within 10 days from this judgment the Defendant files a supersedeas bond in the amount of $6,000.00 pursuant to Section 24.007 of the Texas Property Code.

IT IS FURTHER ORDERED that Plaintiff is entitled to enforce this judgment through abstract, execution, writ, and any other process.

This judgment finally disposes of all parties and all claims and is appealable.

Signed on January 5, 2015

_____
JUDGE PRESIDING

Agreed b by

_____
Ernie Garcia
Attorney for Plaintiff
616 FM 1960 W, Suite 105
Houston, Texas 77090
(832) 305-7694

_____
Kristen Smith
Defendant

2

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.